The People of the State of Illinois, defendant in error, v. John Reed, plaintiff in error. Gen. No. 24,059.

Conviction on charge of pandering. Error to the Municipal Court of Chicago; the Hon. John K. Prindiville, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed December 4, 1918. Rehearing denied December 17, 1918.

William R. Fetzer, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Jerome O. Bancroft et al., appellees, v. Winifred C. Veltman et al., appellants. Gen. No. 24,496.

Order appointing receiver without notice. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 4, 1918.

Cavender & Kaiser, for appellants. Daniel V. Gallery, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Nicholas Berwick et al., defendants in error, v. Oscar G. Foreman et al., trustees of Police Pension Fund of City of Chicago, plaintiffs in error. Gen. No. 24,339.

Mandamus to secure pension from police pension fund. Error to the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1918. Transferred to Supreme Court as involving validity of a statute. Opinion filed December 5, 1918.

S. A. Ettelson, James W. Breen and Roy S. Gaskill, for plaintiffs in error. Joseph B. Bentel and Grant Newell, for defendants in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Frank L. Boehme, appellant, v. Ashton G. Stevenson. Wilbur S. Scudder, intervening petitioner, appellee. Gen. No. 23,634.

Attachment. Judgment finding title in intervening petitioner. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded with directions. Opinion filed December 24, 1918.

Jesse Wilcox and Charles H. Meacham, for appellant. Channing L. Sentz, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.